**People of the State of Illinois, Appellee, v. James Yancy (Impleaded), Appellant.**

Gen. No. 51,489. (Abstract of Decision.)

First District, Second Division.

October 13, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and John F. Ward, Jr., Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.